UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARY K. LONGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV852HEA |
| | ) | |
| MICHAEL J. ASTRUE,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on Magistrate Judge Frederick R. Buckles' Report and Recommendation that the decision of the Commissioner be reversed and that this matter be remanded to the Commissioner for an award of benefits consistent with Judge Buckles' opinion. No objections to the Report and Recommendation have been filed within the prescribed time period. The Court, therefore need not conduct a *de novo* review and adopts Judge Buckles' Recommendation. For the reasons set forth in Judge Buckles' Report and Recommendation,

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Former Commissioner Jo Anne B. Barnhart as defendant in this cause.

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), to the Commissioner for an award of benefits consistent with Judge Buckles' opinion as set forth in the Report and Recommendation dated June 18, 2007.

Dated this 2nd day of July, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE